WILLIAMS *against* SHERMAN.

IN ERROR, on *certiorari* to a justice's court.

It appeared that one of the questions raised on the return
to the *certiorari*, related to the credibility, as well as admis-
sibility, of a witness sworn on the part of the defendant be-
low, the plaintiff in error; but it is unnecessary to state the
facts in relation to this point. The justice, in rendering
judgment for the plaintiff below, included, in the costs, fees
for swearing both the defendant's and plaintiff's witnesses.

*Per Curiam.* The credibility of the witness was a ques-
tion for the justice, and we should not set aside the judg-
ment on that ground, especially as it is very questionable
whether he was properly admitted. But in the costs, the
justice has allowed the costs of swearing the defendant's wit-
nesses. This was incorrect. The judgment must, there-
fore, be affirmed as to the damages, and reversed as to the
costs, and no costs will be recoverable on either side. (8
*Johns. Rep.* 111.  13 *Johns. Rep.* 350. 460.)

*Where a justice, in giving judgment for a plaintiff in a suit before him, includes costs incurred on the part of the defendant, the judgment will be reversed as to the costs.*

*Where, on a certiorari to a justices' court, the judgment is affirmed in part, and reversed in part, costs in error will not be allowed on eithe side.*

Judgment affirmed.